(103 So. 66)

Bruce ETHERIDGE v. STATE. (I Div. 596.)

(Court of Appeals of Alabama. Nov. 18, 1924. Rehearing Denied Dec. 16, 1924. Remanded on Mandate Feb. 17, 1925.)

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Violating prohibition law.

F. K. Hale, Jr., of Mobile, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

FOSTER, J. This appeal is on the record without bill of exceptions. Affirmed.

PER CURIAM. Remanded for proper sentence in accordance with opinion of Supreme Court in Ex parte Etheridge, 212 Ala. 466, 103 So. 66.